# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **LACEY LABARE** individually and on behalf of all others similarly situated, | § § § |
| **Plaintiff,** | § § |
| v. | §   Civil Action No. 1:19-cv-00396-JTN-ESC |
| | § |
| **FIVE STAR PIZZA CO., INC.** and **ERIC ARNTSON,** individually, | § § § |
| **Defendants.** | § |

## JOINT STIPULATION OF DISMISSAL

Plaintiff LaBare and Defendants Five Star Pizza Co., Inc. and Eric Arntson, by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby represent that they have stipulated to dismissal of this action. Accordingly, Plaintiff hereby dismisses this action without prejudice and with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

 /s/ *J. Forester*
**JAY FORESTER**
**Forester Haynie PLLC**
Texas Bar No. 24087532
400 N St Paul St Ste 700,
Dallas, TX 75202
(214) 210-2100 phone
(214) 346-5909 fax
jay@foresterhaynie.com

**BLANCHARD & WALKER, PLLC**
David M. Blanchard (P67190)
Frances J. Hollander (P82180)
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
(734)929-4313

blanchard@bwlawonline.com
hollander@bwlawonline.com

**ATTORNEYS FOR PLAINTIFF**

**&**

*/s/ Kathleen M. Caminiti*
Kathleen McLeod Caminiti
FISHER & PHILLIPS LLP
430 Mountain Ave, Ste 303
Murray Hill, NJ 07974
(908) 516-1062
kcaminiti@fisherphillips.com

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed using the Court's Electronic Filing System and will be served on all counsel of record using the same.

                          _/s/ *J. Forester*_____
                          **J. Forester**